# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 17, 2024

**To:**   Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 24-1067

Caption:
SHANNON W. AGOFSKY,
            Petitioner - Appellant

v.

STEVE KALLIS, Warden,
            Respondent - Appellee

District Court No: 2:22-cv-00049-JRS-MKK
Clerk/Agency Rep Roger A. G. Sharpe
District Judge James R. Sweeney, II

Date NOA filed in District Court: 01/17/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)