# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 18, 2024

**By the Court:**

No. 24-1067

|  |  |
|---|---|
| SHANNON W. AGOFSKY, | Appeal from the United States District Court for |
| Petitioner - Appellant, | the Southern District of Indiana, Terre Haute Division. |
| v. |  |
|  | No. 2:22-cv-00049-JRS-MKK |
| STEVE KALLIS, Warden, |  |
| Respondent - Appellee. | James R. Sweeney, |
|  | *Judge.* |

**O R D E R**

The court notes that petitioner Shannon W. Agofsky was represented in the district court by court-appointed attorney Claudia Van Wyk. Attorney Claudia Van Wyk filed a notice of appeal and apparently will represent petitioner Shannon W. Agofsky in this appeal. Accordingly,

Counsel is reminded to seek reappointment in this court if she intends to seek compensation under the Criminal Justice Act for her work on appeal. *See Johnson v. Chandler*, 487 F.3d 1037 (7th Cir. 2007).