# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

SHANNON W. AGOFSKY,      :

     :

     Petitioner-Appellant,      :

     : **DOCKETING STATEMENT**

     v.      : **CASE NO. 24-1067**

     :

STEVE KALLIS, Warden,      : **District Court No.**

     : **2:22-cv-00049-JRS-MKK**

     Respondent-Appellee.      :

## I.    JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction to decide Petitioner/Appellant

Shannon Wayne Agofsky's petition for writ of habeas corpus pursuant to

28 U.S.C. § 2241. Mr. Agofsky is under sentence of death and currently

incarcerated at USP Terre Haute in Terre Haute, Indiana, where the

Complex Warden is Steven Kallis.

## II.    JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final order of the U.S. District Court

for the Southern District of Indiana, entered on November 29, 2023

(dismissing habeas petition for lack of jurisdiction and directing entry of

final judgment), by the Honorable James R. Sweeney II. The United

States Court of Appeals has jurisdiction to decide this case pursuant to

28 U.S.C. § 1291. The notice of appeal was filed with the district court on January 17, 2024.

### III.   PRIOR AND RELATED LITIGATION

This appeal relates to Mr. Agofsky's conviction in *United States v. Shannon Agofsky et al.*, No. 3:92-cr-05006-RED (W.D. Mo.). The direct appeal of the trial proceedings was docketed in the United States Court of Appeals for the Eighth Circuit under *United States v. Shannon Agofsky*, No. 92-3767. Mr. Agofsky moved for relief pursuant to 28 U.S.C. § 2255 under the same case number as that associated with the trial proceedings. *See United States v. Shannon Agofsky et al.*, No. 3:92-cr-05006-RED (W.D. Mo.). He filed petitions in *Shannon Agofsky v. United States*, No. 12-1397 (petition under seal), and in *Shannon Agofsky v. United States*, No. 16-2185, seeking authorization from the Eighth Circuit to file a successive § 2255 motion.

One of Mr. Agofsky's convictions in the Western District of Missouri case to which this appeal relates later served as an aggravating factor in support of his death sentence in *United States v. Shannon Agofsky*, No. 1:03-cr-173 (E.D. Tex.). The direct appeal of the capital trial proceedings was docketed in the Fifth Circuit under *United States v. Shannon*

*Agofsky*, No. 04-41219, and the direct appeal of his resentencing was docketed in the Fifth Circuit under *United States v. Shannon Agofsky*, No. 07-40330. He has a pending petition challenging his convictions and death sentence pursuant to 28 U.S.C. § 2255, docketed under *United States v. Shannon Agofsky*, No. 1:07-cv-511 (E.D. Tex.).

Finally, Mr. Agofsky was convicted in Payne County, Oklahoma, No. CF-97-383, of offenses related to those underlying his convictions in the Western District of Missouri case. His direct appeal to the Oklahoma Court of Criminal Appeals was docketed under *Agofsky v. State of Oklahoma*, No. F-97-1254. He filed a petition for writ of habeas corpus, under seal, in the Western District of Oklahoma pursuant to 28 U.S.C. § 2254 in *Shannon Agofsky v. Justin Jones,*[1] *et al.*, No. 5:12-cv-00182-F. He appealed the dismissal of the habeas petition to the Tenth Circuit in *Shannon Agofsky v. Justin Jones,*[2] *et al.*, No. 12-6311 (under seal). Mr. Agofsky has a pending petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, filed under seal in the Western District of Oklahoma in

---

[1] Steven Harpe is the current Director of the Oklahoma Department of Corrections.
[2] *See n.1, supra.*

*Shannon Agofsky v. Scott Crow,*[3] *et al.*, 5:21-cv-00670-PRW. Mr. Agofsky

also has a pending application for post-conviction relief in Delaware

County, Oklahoma, in *Shannon Agofsky v. State of Oklahoma*, No. CRF-

92-43 & 43B.

Respectfully submitted,

/s/ David Zuckerman

David Zuckerman
Assistant Federal Defender
Federal Community Defender Office for
the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
david_zuckerman@fd.org
(215) 928-0520 (phone)
(215) 928-0826 (fax)

*Attorney for Petitioner-Appellant*
*Shannon W. Agofsky*

Dated: January 24, 2024
Philadelphia, PA

---

[3] *See n.1, supra.*

## CERTIFICATE OF SERVICE

I, David Zuckerman, hereby certify that on this 24th day of

January, 2024, I caused a copy of this document to be delivered, via the

CM-ECF system of the Seventh Circuit, to all counsel of record:

**John Benton Hurst**
DOJ-USAO
United States Attorney's Office
400 E. 9th St., Ste 5510
Kansas City, MO 64106
816-426-3122
Email: john.hurst@usdoj.gov


/s/ David Zuckerman