# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 29, 2024

*By the Court:*

| | |
|---|---|
| No. 24-1067 | SHANNON WAYNE AGOFSKY, <br> Petitioner - Appellant <br><br> v. <br><br> STEVE KALLIS, Warden, <br> Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:22-cv-00049-JRS-MKK <br> Southern District of Indiana, Terre Haute Division <br> District Judge James R. Sweeney, II | |

**IT IS ORDERED** that briefing shall proceed as follows:

1. The brief and required short appendix of the appellant are due by March 11, 2024.

2. The brief of the appellee is due by April 10, 2024.

3. The reply brief of the appellant, if any, is due by May 1, 2024.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).