# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 3, 2024

*By the Court:*

| No. 24-1067 | SHANNON WAYNE AGOFSKY,<br> Petitioner - Appellant<br>v.<br><br>STEVE KALLIS, Warden,<br> Respondent - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:22-cv-00049-JRS-MKK<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney, II | |

Upon consideration of the **RESPONDENT-APPELLEE KALLIS'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**, filed on May 2, 2024, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.      The brief of the appellee(s) will be due by May 24, 2024.

2.      The reply brief of the appellant(s), if any, will be due by June 14, 2024.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)