**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

SHANNON WAYNE AGOFSKY, )
                  )
      Petitioner-Appellant, )
                  )
     v.             )   No. 24-1067
                  )
STEVE KALLIS, Warden, )
                  )
      Respondent-Appellee. )

**RESPONDENT-APPELLEE KALLIS'S MOTION FOR**
**EXTENSION OF TIME TO FILE PAPER COPIES OF BRIEF**

Respondent-Appellee Steve Kallis ("the government") respectfully requests a one-week extension of time in which to file paper copies of the government's brief. In support of this motion, the government states as follows:

1. The government electronically submitted and the court filed the government's brief on May 24, 2024. The Court thereafter ordered the government to submit paper copies of the brief no later than May 31, 2024. If the Court grants this motion, the government's paper copies would be due June 7, 2024.

2. Both undersigned counsel and the paralegal with primary responsibility for printing, binding, and mailing the government's brief have prescheduled leave during the week of May 27, 2024.

3. Therefore, the government respectfully requests a one-week extension of time to file the government's paper copies.

4. Counsel for Agofsky, David Zuckerman, does not oppose the relief requested in this motion.

Based on the foregoing reasons, the government respectfully requests a one-week extension of time, up to and including June 7, 2024, in which to file the paper copies of the government's brief.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By    /s/ *J. Benton Hurst*

J. BENTON HURST
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri   64106
Telephone: (816) 426-3122

*Attorneys for Respondent-Appellee*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this motion complies with the type-volume limitations in Fed. R. App. P. 27(d)(2)(A) and contains 175 words. This motion was prepared using Microsoft Word for Office 365 software. In making this certification I have relied upon the word-count feature of Microsoft Word for Office 365.

*/s/ J. Benton Hurst*
J. Benton Hurst
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

David Zuckerman
Assistant Federal Defender
Federal Community Defender's Office
    for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545
West Philadelphia, PA 19106

*Attorney for Appellant*

    /s/ *J. Benton Hurst*
J. Benton Hurst
Assistant United States Attorney