# FEDERAL COMMUNITY DEFENDER OFFICE
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEFENDER ASSOCIATION OF PHILADELPHIA
FEDERAL COURT DIVISION
**CAPITAL HABEAS UNIT**

| **LISA EVANS LEWIS** | The Curtis - Suite 545 West | **JENNIFER CHICCARINO** |
| Chief Federal Defender | 601 Walnut Street | First Assistant |
| | Philadelphia, PA 19106 | |
| | Phone: 215.928.0520 | |
| | Fax: 215.928.0826 | |

**<u>VIA ELECTRONIC MAIL</u>**

July 26, 2024

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

Re: *Agofksy v. Kallis,* No. 24-1067

Dear Office of the Clerk,

The undersigned submits this notice of unavailability pursuant to Rule 34(b)(4) of the Circuit Rules of the United States Court of Appeals for the Seventh Circuit. The undersigned will be on parental leave, and providing care for his infant son, between September 3 and December 2, 2024. He will be unable to attend oral argument either in person or via videoconference during that time and respectfully requests that oral argument be rescheduled to a date falling no sooner than December 9, 2024.

Sincerely,

*/s/ Sam Welch*
Sam Welch
Assistant Federal Defender
Federal Community Defender Office for the Eastern District of Pennsylvania
601 Walnut Street,
Suite 545 West
Philadelphia, PA 19106
(215) 928-0520 (phone)
(215) 928-0826 (fax)