# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

SHANNON WAYNE AGOFSKY, )
)
     Petitioner-Appellant, )
)     No. 24-1067
     v. )
)
STEVE KALLIS, Warden, )
)
     Respondent-Appellee. )

## UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT UNTIL NO SOONER THAN DECEMBER 9, 2024

Pursuant to Federal Rule of Appellate Procedure 34(b) and Rule 34(e) of the Circuit Rules of the United States Court of Appeals for the Seventh Circuit, Petitioner Shannon Wayne Agofsky hereby respectfully moves to postpone oral argument to no sooner than December 9, 2024, in light of the undersigned's anticipated parental leave, and declares in support as follows:

1. Appellant filed his opening brief on March 11, 2024. Brief of Petitioner, *Agofsky v. Kallis*, No. 24-1067 (7th Cir. Mar. 11, 2024), ECF No. 7.

2. After two extensions, *see* Order, *Agofsky v. Kallis*, No. 24-1067 (7th Cir. Apr. 2, 2024), ECF No. 10; Order, *Agofsky v. Kallis*, No. 24-1067 (7th Cir. May 3, 2024), ECF No. 12, Appellee filed his response brief on

May 24, 2024, Appellee's Brief, *Agofsky v. Kallis*, No. 24-1067 (7th Cir. May 24, 2024), ECF No. 14.

3. Appellant filed his reply brief on June 14, 2024. Appellant's Reply Brief, *Agofsky v. Kallis*, No. 24-1067 (7th Cir. June 14, 2024), ECF No. 19.

4. On July 15, 2024, this Court scheduled oral argument for October 22, 2024. Argument set, *Agofsky v. Kallis*, No. 24-1067 (7th Cir. July 15, 2024), ECF No. 21.

5. Following the birth of his child, the undersigned will be on parental leave, and providing care for his infant son, between September 3 and December 2, 2024.

6. Two procedures exist for making the Court aware of counsel's unavailability. Under the first, out-of-town counsel seeking to schedule more than one appeal on the same day, and counsel seeking to avoid scheduling argument for "a particular date or week," may submit a letter specifying specific dates, and general reasons, counsel is unavailable. Cir. Rule. 34(b)(2)–(4). The Court "ordinarily" will not reschedule argument and "may choose not to accommodate unavailability requests made more than seven days after the filing of the appellee's brief." Cir. Rule 34(b)(4).

7.     The undersigned has simultaneously submitted a notice of unavailability, via letter filed electronically with the clerk's office. *See* Cir. Rule 34(b)(4).

8.     Under the second procedure, counsel may move to postpone argument. Cir. Rule 34(e). Such a motion must be filed, "[u]nless good cause is shown, no later than 14 days before the argument date and after conferring with opposing counsel" and must "(1) state the reason for the request; (2) indicate whether the request is opposed or unopposed; (3) if seeking postponement, state why postponement is necessary instead of oral argument by telephonic or video communications or by other counsel of record." Cir. Rule 34(e).

9.     Postponements are granted "only in extraordinary circumstances." *Id. See also* Practitioner's Handbook for Appeals to the United States Court of Appeals for the Seventh Circuit, 2020 Edition, at 194 ("the court denies practically all motions for postponement of a scheduled oral argument," except when counsel is scheduled to argue before the United States Supreme Court on the same day, or in the case of "serious illness").

10. The undersigned respectfully requests postponement of oral argument to accommodate his parental leave. The undersigned will be unable to conduct oral argument by telephonic or video communication on October 22, 2024, because the undersigned will be providing care for his infant son. The undersigned is well-versed in the issues on appeal and is the attorney best prepared to provide the Court with argument. He acknowledges that the Court's review of this notice and motion is discretionary, and apologizes for his oversight in failing to timely report his unavailability. See Cir. Rule 34(b)(4), (e).

11. The undersigned makes this request three months in advance of the scheduled argument. *See* Cir. Rule 34(e) (requiring that such requests be filed within fourteen days of the scheduled argument).

12. On July 26, 2024, the undersigned contacted counsel for Appellee, who indicated that Appellee does not oppose this motion.

WHEREFORE, Appellant respectfully requests that the Court postpone the oral argument as described above.

Respectfully submitted,

/s/ *Sam Welch*
SAM WELCH
Assistant Federal Defender
Federal Community Defender Office for the Eastern District of Pennsylvania
601 Walnut Street,
Suite 545 West
Philadelphia, PA 19106
(215) 928-0520 (phone)
(215) 928-0826 (fax)

*Counsel for Petitioner/Appellant*
*Shannon Agofsky*

Dated: July 26, 2024

# CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 642 words. This motion was prepared using Microsoft Word for Office 365 software and, in making this certification, I have relied upon that software's word-count feature. This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) because it has been prepared in a proportionally spaced, serif typeface (Century Schoolbook) in 14-point size. It complies with the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been set in plain, roman style.

/s/ *Sam Welch*
Sam Welch
Assistant Federal Defender

Dated: July 26, 2024

# CERTIFICATE OF SERVICE

I, Sam Welch, hereby certify that, on this date, I electronically filed the foregoing motion with the Clerk of Court for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.


/s/ *Sam Welch*
Sam Welch
Assistant Federal Defender

Dated: July 26, 2024