# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 31, 2024

*By the Court*:

| | |
|---|---|
| | SHANNON WAYNE AGOFSKY,<br>                              Petitioner - Appellant |
| No. 24-1067 | v. |
| | STEVE KALLIS, Warden,<br>                              Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:22-cv-00049-JRS-MKK<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney, II | |

Upon consideration of the **UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT UNTIL NO SOONER THAN DECEMBER 9, 2024**, filed on July 26, 2024, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**, and oral argument in this appeal, scheduled for October 22, 2024, is **VACATED**. Oral argument will be rescheduled by separate order.

form name: **c7_Order_Arg_M_O_Vac**    (form ID: **224**)