# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

September 4, 2024

*By the Court*:

| No. 24-1067 | SHANNON WAYNE AGOFSKY,<br>Petitioner - Appellant<br><br>v.<br><br>STEVE KALLIS, Warden,<br>Respondent - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:22-cv-00049-JRS-MKK<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney, II | |

Upon consideration of the **MOTION OF PETITIONER-APPELLANT FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING SUBJECT-MATTER JURISDIC**, filed on August 26, 2024, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk shall file **INSTANTER** the petitioner-appellant's tendered supplemental brief.

**IT IS FURTHER ORDERED** that the respondent-appellee shall file a supplemental response brief on or before October 4, 2024. The respondent-appellee should specifically address whether the "shall not be entertained" language in 28 U.S.C. § 2255(e) is a limit on the court's subject-matter jurisdiction, in addition to any other responsive arguments it wishes to make.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).
form name: **c7_InstanterOrderFiled**     (form ID: **123**)