# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 24, 2024

*By the Court:*

|  | SHANNON WAYNE AGOFSKY,<br>Petitioner - Appellant |
|---|---|
| No. 24-1067 | v. |
|  | STEVE KALLIS, Warden,<br>Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:22-cv-00049-JRS-MKK<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney, II |

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF**, filed on September 23, 2024, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. The supplemental brief of the respondent-appellee is due on or before October 25, 2024.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)