**No. 24-1067**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

SHANNON W. AGOFSKY,

*Petitioner-Appellant*

V.

STEVEN MERENDINO,

*WARDEN, U.S. PENITENTIARY, TERRE HAUTE,*

*Respondent-Appellee.*

On Appeal from the United States District Court
for the Southern District of Indiana
No. 2:22–cv–00049-JRS-MKK, Hon. James R. Sweeney II

### MOTION OF PETITIONER-APPELLANT
### FOR LEAVE TO FILE OVERLENGTH REPLY

Pursuant to Federal Rules of Appellate Procedure 27 and 28(c), Petitioner Shannon Wayne Agofsky hereby respectfully requests leave of court to file a 2,500-word reply brief regarding subject-matter jurisdiction, and declares in support as follows:

1.    Briefing closed on June 14, 2024. ECF No. 19 (reply brief filed); *see also* ECF Nos. 1 (appeal docketed January 17, 2024), 7 (appellant's brief filed March 11, 2024), 10, 12, 14 (appellee's brief filed May 24, 2024).

2. On August 26, 2024, Mr. Agofsky sought leave to file a 3,433-word supplemental brief regarding subject-matter jurisdiction. ECF No. 26-1; *see also* ECF No. 26-2. He requested that the government be permitted to file a 4,000-word response within thirty days, and that he be permitted to file a 1,000-word reply within fourteen days thereafter. *Id.* ¶ 9.

3. On September 4, 2024, this Court granted Mr. Agofsky's motion. *See* ECF No. 27, 28. The Court directed the government to file a supplemental response brief within thirty days. ECF No. 27. In addition, the Court directed the government to "specifically address whether the 'shall not be entertained' language in 28 U.S.C. § 2255(e) is a limit on the court's subject-matter jurisdiction, in addition to any other responsive arguments it wishes to make." ECF No. 27.

4. The Court granted one unopposed motion for extension of time, ECF No. 31, and the government filed its 3,955-word response on October 25, 2024. *See* ECF No. 33. That brief argues in favor of overturning more than twenty years of circuit precedent. *See id.*

5. In order to address the government's responsive arguments, the Court's additional question, *see* ECF No. 27, and the issue of whether

this Court's jurisdiction-related § 2255(e) jurisprudence should be overturned, Mr. Agofsky requests leave to submit an additional 1,500 words of argument. He has drafted an 2,500-word reply brief and lodged it herewith. He requests leave to file it on the docket. *See* Fed. R. App. Proc. 28(c); *see also* Practitioner's Handbook at 16.

6. Granting this motion would not delay the proceedings. Oral argument is set for December 11, 2024. ECF No. 32-1.

7. There is good cause to grant Mr. Agofsky's motion. Mr. Agofsky's Supplemental Brief relies on circuit precedent for the proposition that § 2255(e) is non-jurisdictional. *See, e.g.* ECF No. 28 at 3, 5. The Supplemental Brief does not occasion to catalogue the full extent of that precedent, nor substantiate the rationales that support it. In light of the Court's new question and the government's request that it overrule the precedent upon which Mr. Agofsky originally relied, and in order to assist the Court in making a fully informed decision with regard to both *stare decisis* and jurisdiction, Mr. Agofsky requests permission to submit an additional 1,500 words.

8. Inclusive of the reply lodged herewith, Mr. Agofsky's briefing before this Court would total 18,060 words, below the aggregate 21,000-

3

word limit that normally applies for Appellants. *See* Circuit Rule 32(c).

9.     On November 7, 2024, the undersigned contacted counsel for Appellee, who indicated that the Appellee opposes this motion.

WHEREFORE, Appellant Shannon Agofsky respectfully requests that the Court grant his motion for leave and file on the docket the attached Reply Brief Regarding Subject-Matter Jurisdiction.

Respectfully submitted,

/s/ *David Zuckerman*
David Zuckerman
Sam Welch
Assistant Federal Defender
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520 (phone)
(215) 928-0826 (fax)

*Counsel for Petitioner/Appellant*
*Shannon Agofsky*

Dated: November 8, 2024

# CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 533 words. This motion was prepared using Microsoft Word for Office 365 software and, in making this certification, I have relied upon that software's word-count feature. This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) because it has been prepared in a proportionally spaced, serif typeface (Century Schoolbook) in 14-point size. It complies with the typestyle requirements of Fed. R. App. P. 32(a)(6), because it has been set in plain, roman style.

/s/ *David Zuckerman*
David Zuckerman

Dated: November 8, 2024

# CERTIFICATE OF SERVICE

I, David Zuckerman, hereby certify that, on this date, I electronically filed the foregoing brief with the Clerk of Court for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *David Zuckerman*
David Zuckerman

Dated: November 8, 2024