# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 13, 2024

*By the Court:*

| | |
|---|---|
| No. 24-1067 | SHANNON WAYNE AGOFSKY, <br> Petitioner - Appellant <br><br> v. <br><br> STEVEN MERENDINO, Warden, <br> Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:22-cv-00049-JRS-MKK <br> Southern District of Indiana, Terre Haute Division <br> District Judge James R. Sweeney, II | |

Upon consideration of the **MOTION OF PETITIONER-APPELLANT FOR LEAVE TO FILE OVERLENGTH REPLY**, filed on November 8, 2024, by counsel for the appellant,

**IT IS ORDERED** that the motion to file an overlength reply brief is **GRANTED**. The appellant will be permitted to file a supplemental reply brief not to exceed 2,500 words.

**IT IS FURTHER ORDERED** that the request to file the tendered brief is **DENIED**. The appellant is directed to resubmit the supplemental reply brief, on or before November 15, 2024, after omitting Exhibit A and any references to the exhibit in the brief.

form name: **c7_Order_BTC**    (form ID: **178**)