# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

SHANNON WAYNE AGOFSKY, )
)
Petitioner-Appellant, )
)
v. ) No. 24-1067
)
STEVEN MERENDINO, Warden, )
)
Respondent-Appellee. )

## RESPONDENT-APPELLEE MERENDINO'S
## MOTION FOR LEAVE TO TRANSFER PRISONER

Respondent-Appellee Steven Merendino ("the government") respectfully requests leave pursuant to Rule 23(a) of the Federal Rules of Appellate Procedure to transfer Petitioner-Appellant Shannon Agofsky. In support of this motion, the government states:

1. Agofsky appeals from the dismissal of his petition for a writ of habeas corpus under 28 U.S.C. § 2241. This Court took the appeal under advisement following argument on December 11, 2024.

2. Agofsky is currently in custody at USP Terre Haute. Counsel for the Bureau of Prisons has informed the undersigned that Agofsky has been designated for transfer to another BOP facility.

3. If this Court grants this motion (and if it does not dispose of this matter prior to any transfer), the government will notify this Court of the identity of Agofsky's new custodian once the transfer is complete. *See* Fed. R. App. P. 43(c); Circuit R. 43.

4. Undersigned counsel contacted Sam Welch, counsel to Agofsky, and sought Agofsky's position on a motion for leave to transfer under Rule 23(a). Agofsky's counsel responded as follows: "We have no objection so long as the FRAP Rule 23 application states that our non-objection is contingent on the government's agreement that the transfer does not affect the Court's jurisdiction over Mr. Agofsky's Section 2241 litigation. *In re Hall*, 988 F.3d 376 (7th Cir. 2021)." The government agrees that transfer does not affect this Court's jurisdiction.

5. In the alternative, if the Court denies this motion, the government respectfully requests that it substitute USP Terre Haute Acting Warden Joe Wadas for now-retired Warden Steven Merendino as Respondent-Appellee. *See* Fed. R. App. P. 43(c); Circuit R. 43.

For these reasons, the government respectfully requests leave to transfer Agofsky.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By  /s/ *J. Benton Hurst*

J. BENTON HURST
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri   64106
Telephone: (816) 426-3122

*Attorneys for Respondent-Appellee*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this motion complies with the type-volume limitations in Fed. R. App. P. 27(d)(2)(A) and contains 281 words. This motion was prepared using Microsoft Word for Office 365 software. In making this certification I have relied upon the word-count feature of Microsoft Word for Office 365.

/s/ *J. Benton Hurst*
J. Benton Hurst
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Samuel Welch
Assistant Federal Defender
Federal Community Defender's Office
     for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545
West Philadelphia, PA 19106

*Attorney for Appellant*


   /s/ *J. Benton Hurst*
J. Benton Hurst
Assistant United States Attorney