# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 19, 2025

*By the Court:*

|  | SHANNON WAYNE AGOFSKY, |
| --- | --- |
|  | Petitioner - Appellant |
| No. 24-1067 | v. |
|  | STEVEN MERENDINO, Warden, |
|  | Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:22-cv-00049-JRS-MKK | |
| Southern District of Indiana, Terre Haute Division | |
| District Judge James R. Sweeney II | |

Upon consideration of the **RESPONDENT-APPELLEE MERENDINO'S MOTION FOR LEAVE TO TRANSFER PRISONER**, filed on September 17, 2025, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Pursuant to Federal Rule of Appellate Procedure 23(a), respondent-appellee is authorized to transfer Shannon Wayne Agofsky to another Bureau of Prisons facility. When Agofsky is transferred, the appellee shall notify this court so that Agofsky's new custodian can be substituted as the proper respondent-appellee. *See* Fed. R. App. P. 43.

form name: **c7_Order_BTC**    (form ID: **178**)