# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

SHANNON WAYNE AGOFSKY, )
                               )
       Petitioner-Appellant, )
                               )
      v.                      )   No. 24-1067
                               )
STEVEN MERENDINO, Warden, )
                               )
       Respondent-Appellee. )

## RESPONDENT-APPELLEE MERENDINO'S
## <u>NOTICE PURSUANT TO FRAP 43</u>

Respondent-Appellee Steven Merendino ("the government") respectfully notifies this Court of Agofsky's transfer and requests, pursuant to Federal Rule of Appellate Procedure 43, that this Court substitute Warden D. Baysore as the Respondent-Appellee in this matter. In support of this notice and request, the government states:

1. Agofsky appeals from the dismissal of his petition for a writ of habeas corpus under 28 U.S.C. § 2241. This Court took the appeal under advisement following argument on December 11, 2024.

2. On September 17, 2025, the government moved this Court under Federal Rule of Appellate Procedure 23(a) for leave to transfer Agofsky from USP Terre Haute to another BOP facility.

3. On September 19, this Court granted leave and ordered the government to provide notice of Agofsky's completed transfer so that Agofsky's new custodian can be substituted as the Respondent-Appellee.

4. Counsel for the Bureau of Prisons has informed the undersigned that Agofsky has been successfully transferred to USP Florence ADMAX. The government therefore requests that this Court substitute Warden D. Baysore as Respondent-Appellee in this matter. *See* Fed. R. App. P. 43(c); Circuit R. 43.

For these reasons, the government respectfully requests that this Court substitute Warden Baysore for Warden Merendino as Respondent-Appellee in this matter.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By    /s/ *J. Benton Hurst*

J. BENTON HURST
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri   64106
Telephone: (816) 426-3122

*Attorneys for Respondent-Appellee*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this notice complies with the type-volume limitations in Fed. R. App. P. 27(d)(2)(A) and contains 207 words. This notice was prepared using Microsoft Word for Office 365 software. In making this certification I have relied upon the word-count feature of Microsoft Word for Office 365.

/s/ *J. Benton Hurst*
J. Benton Hurst
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Samuel Welch
Assistant Federal Defender
Federal Community Defender's Office
    for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545
West Philadelphia, PA 19106

*Attorney for Appellant*


/s/ *J. Benton Hurst*
J. Benton Hurst
Assistant United States Attorney