# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## FINAL JUDGMENT

November 26, 2025

Before

**ILANA DIAMOND ROVNER**, *Circuit Judge*
**DIANE S. SYKES**, *Circuit Judge*
**THOMAS L. KIRSCH II**, *Circuit Judge*

|  |  |
|---|---|
| No. 24-1067 | SHANNON WAYNE AGOFSKY,<br>Petitioner - Appellant<br><br>v.<br><br>DEANNA BAYSORE, Warden,<br>Respondent - Appellee |

**Originating Case Information:**

District Court No: 2:22-cv-00049-JRS-MKK
Southern District of Indiana, Terre Haute Division
District Judge James R. Sweeney, II

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)