# United States Court of Appeals
### for the Seventh Circuit
### Chicago, Illinois 60604

January 23, 2026

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

No. 24-1067

| | |
|---|---|
| SHANNON WAYNE AGOFSKY, | Appeal from the |
| *Petitioner-Appellant*, | United States District Court for the |
| | Southern District of Indiana, |
| *v.* | Terre Haute Division. |
| | |
| DEANNA BAYSORE, Warden, | No. 2:22-cv-00049-JRS-MKK |
| *Respondent-Appellee*. | |
| | James R. Sweeney II, |
| | *Judge*. |

**O R D E R**

On consideration of the petition for rehearing and for rehearing en banc, no judge in active service requested a vote on the petition for rehearing en banc,[1] and the judges on the original panel voted to deny rehearing. It is therefore ordered that the petition for rehearing and for rehearing en banc is DENIED.

---

[1] Circuit Judges Doris L. Pryor and Rebecca Taibleson did not participate in the consideration of this petition for rehearing.